# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00074-CV

### Texas Education Agency, and Mike Morath in his Official Capacity as Commissioner of Education, Appellants

**v.**

### Shepherd Independent School District, Appellee

### FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-19-008226, THE HONORABLE KARIN CRUMP, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellee has pending in this Court a Rule 29.3 motion for temporary order. Today, appellees filed a supplement indicating emergency relief is necessary to preserve the status quo. To preserve the status quo while the Court considers the motion for temporary order, pending further order of this Court, we temporarily order the following emergency relief and enjoin appellants from (1) installing a board of managers in Shepherd ISD and (2) appointing a conservator under Texas Education Code § 39A.002. *See* Tex. R. App. P. 29.3 ("[T]he appellate court may make any temporary orders necessary to preserve the parties' rights until disposition of the appeal . . . .").

It is ordered on March 9, 2020.

Before Chief Justice Rose, Justices Baker and Triana